## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

| | |
|---|---|
| **BARBARA ANDERSON and SCOTT ANDERSON,** <br><br> Plaintiffs, <br><br> v. <br><br> **MICHELLE ROSE BLAKE and BRANDON M. BENNETT,** <br><br> Defendants. | Civil Action 7:11-CV-42 (HL) |

### ORDER

The parties have filed a Consent Motion requesting clarification from the Court as to whether Plaintiffs' treating physicians would be required to provide Rule 26 expert reports. The parties have agreed between themselves that no expert reports will be required for Plaintiffs' treating physicians. Per that agreement, the Motion (Doc. 30) is granted with the following caveat from the Court: all parties will be prohibited from filing any objections to or motions to exclude the treating physicians' testimony based on the lack of a Rule 26 report.

**SO ORDERED**, this the 24th day of August, 2011.

*s/Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh